# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TAMMY TURNER,<br><br>      Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendant. | Civil Action No. 3:16-cv-000630<br><br>Judge Jack Zouhary |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Experian Information Solutions, Inc., moves for summary judgment in its favor on all causes of action (Counts I and II) asserted in the Complaint filed by Plaintiff Tammy Turner. The basis for this motion is set forth in the accompanying memorandum in support.

Dated: February 6, 2017

Respectfully submitted,

s/ *Christopher M. McLaughlin*
Christopher M. McLaughlin (0078186)
E-mail: cmmclaughlin@jonesday.com
Emmett E. Robinson (0088537)
E-mail: erobinson@jonesday.com
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: 216-586-3939
Facsimile: 216-579-0212

Attorneys for Defendant
Experian Information Solutions, Inc.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 6, 2017, a copy of the foregoing Defendant's Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    s/ *Christopher M. McLaughlin*
Attorney for Defendant
Experian Information Solutions, Inc.